## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERTUS CONNER, JR.** | **NO. 2:09-CV-03858** |
| **V.** | **JUDGE MARY ANN VIAL LEMMON** |
| **STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**NOW INTO COURT,** through the undersigned counsel, comes Defendants, James D. "Buddy" Caldwell, Attorney General of the State of Louisiana, and Terry Alarcon, Judge of the Orleans Parish Criminal District Court, Section "L", who respectfully move that the plaintiff's complaint be dismissed pursuant to FRCP Rule 12(b)(1) & (6), as follows:

1.

This Honorable Court lacks jurisdiction to grant relief to plaintiff because he has not exhausted all state court remedies and this court lacks the subject matter jurisdiction to order a state court to hold a hearing to show cause.

2.

Plaintiff's complaint fails to state a claim upon which relief can be granted.

**WHEREFORE,** defendants, James D. "Buddy" Caldwell and Terry Alarcon, pray that this Court dismiss the claims against them with prejudice and at plaintiff's cost.

Respectfully Submitted:

**JAMES D. "BUDDY" CALDWELL,
ATTORNEY GENERAL**

**BY:  s/  Bridget B. Denicola**
      DAVID G. SANDERS, Bar Roll No. 11696
      BRIDGET B. DENICOLA, Bar Roll No. 27433
      *ASSISTANT ATTORNEYS GENERAL*

**LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
P.O. BOX 94005
BATON ROUGE, LA 70804-9005
TELEPHONE: (225) 326-6300
FACISMILLE: (225) 326-6192

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss has been filed using the Court's CM/ECF system and Notice of Filing has been served upon all parties in accordance therewith, and that a copy of the Motion to Dismiss has been served on all *pro se* parties by mailing same via United States First Class Mail, Postage prepaid.

Baton Rouge, Louisiana, this 21st day of September 2009.

Albertus Conner, Jr.
2839 Jackson St.
Shreveport, LA 71109

**/s Bridget B. Denicola**
BRIDGET B. DENICOLA